> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the State Bar Journal.

SEPTEMBER 8, 1981

FALK v STATE BAR OF MICHIGAN. (Docket No. 60722.) Rehearing denied without prejudice to plaintiff's presenting the issues raised in further proceedings in this pending case. *Allan Falk, in propria persona,* plaintiff. Reported *ante,* 63.

PEOPLE v LYNN. (Docket No. 63503.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Principal Attorney, Appeals, and *A. George Best, II,* Assistant Prosecuting Attorney, for the people, appellant. State Appellate Defender, *Nora J. Pasman,* Assistant Defender, for defendant-appellee. Reported *ante,* 291.

PEOPLE v CLABIN. (Docket No. 65138.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Edward J. Grant,* Prosecuting Attorney, and *John L. Wildeboer,* Assistant Prosecuting Attorney, for the people. State Appellate Defender, *P. E. Bennett,* Assistant Defender, for defendant-appellant. Reported *ante,* 472.

PEOPLE v WILDER. (Docket No. 61305.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Principal Attorney, Appeals, and *Larry L. Roberts,* Assistant Prosecuting Attorney, for the people. *Carl Ziemba* for defendant-appellant. Reported *ante,* 328.